STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOMAS J. CICCONE, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

September 15, 1969. Denied.

CONTINENTAL FINANCE, INC., PLAINTIFF-PETITIONER, v. CAMBRIDGE LEE METAL CO. INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 105 *N. J. Super.* 406.

*Messrs. Ravin & Ravin* for the petitioner.

*Mr. Donald Horowitz* and *Mr. Don Allen Resnikoff* for the respondents.

September 15, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLARENCE WILKENS, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Bruce Ira Goldstein* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

September 15, 1969. Denied.